# Third District Court of Appeal

## State of Florida

Opinion filed December 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0372
Lower Tribunal No. 20-9097
_____

**Steve Walko,**
Appellant,

vs.

**Clifford Celestin, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Alexander Appellate Law P.A., and Samuel Alexander (DeLand), for appellant.

No appearance, for appellees.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.